UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TONY B. PRICE,

          Plaintiff,

   v.

LENNY BRIDGES,

          Defendant,

No. 10-5637RBL/JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    This action is DISMISSED for failure to state a claim.  The dismissal counts as a strike pursuant to 28 U.S.C. 1915 (g).

(4)    The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. J. Richard Creatura.

DATED this 19th day of October, 2010.

          */s/ Ronald B. Leighton*
          RONALD B. LEIGHTON
          UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1