# United States District Court

WESTERN DISTRICT OF WASHINGTON

TONY B. PRICE

v.

LENNY BRIDGES

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5637RBL/JRC

\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation; and

(2) This action is DISMISSED for failure to state a claim. The dismissal counts as a strike pursuant to 28 U.S.C. 1915(g).

| | |
|---|---|
| October 20, 2010 | WILLIAM M. McCOOL |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |