HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TONY B. PRICE,

        Plaintiff,

v.

LENNY BRIDGES,

        Defendant.

Case No. C10-5637RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Motion to Reduce Filing Fee [Dkt. #9]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Plaintiff's Motion is **DENIED**. See 28 U.S.C. § 1915(b)(2) ("After payment of the initial partial filing fee, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account.")

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 20th day of December, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1